UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: FLACKUS, EARL C. | § | Case No. 10-72511 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 12/20/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _/_/_____     By: /s/STEPHEN G. BALSLEY
                                    Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 1                  Date Rcvd: Nov 29, 2010
Case: 10-72511                Form ID: pdf006             Total Noticed: 13

The following entities were noticed by first class mail on Dec 01, 2010.
db           +Earl C. Flackus,    1141 Cottonwood Lane,    Marengo, IL 60152-3640
aty          +Richard T Jones,    138 Cass Street,    Woodstock, IL 60098-3254
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
15584651      Bank of America,    4060 Ogleton Stan,    Mail Code DES-019,    Newark, DE 19713
15584652     +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
15995155      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15584653     +Delaware Place Bank,    190 E. Delaware Place,    Chicago, IL 60611-1814
15584655      FIA Card Services,    Post Office Box 15726,    Wilmington, DE 19886-5726
The following entities were noticed by electronic transmission on Nov 29, 2010.
15584654      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 30 2010 01:01:19     Discover,    12 Reads Way,
               New Castle, DE 19720-1649
15942292      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 30 2010 01:01:19     Discover Bank,
                Dfs Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
16334353      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 30 2010 00:58:16
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK 73124-8809
16293535      E-mail/PDF: gecsedi@recoverycorp.com Nov 30 2010 01:07:41     GE Money Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15584656     +E-mail/PDF: gecsedi@recoverycorp.com Nov 30 2010 01:07:41     Sams Club,    Post Office Box 981064,
                El Paso, TX 79998-1064
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2010**           **Signature:** *Joseph Speetjens*